**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 19, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00867-CV**

---

**IN RE PENSKE LOGISTICS LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-40178**

---

## MEMORANDUM OPINION

On November 23, 2022, relator Penske Logistics LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tamika Craft-Demming, presiding judge of the 189th District Court of Harris

County, to vacate the trial court's October 17, 2022 order denying relator's Rule 91a motion to dismiss.[1]

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

---

[1] On October 17, 2022, Judge Scot Dollinger denied relator's Rule 91a motion to dismiss. Because after December 31, 2022 Judge Dollinger ceased to hold the office of Judge of the 189th District Court, we abated this proceeding to permit Judge Craft-Demming to consider the order underlying relator's request for relief. On February 8, 2023, Judge Craft-Demming notified this Court that she "concur[red] with the entire Order signed by Judge Scott [sic] Dollinger on October 17th, 2022 . . .." Thus, we reinstated this original proceeding.